FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JANET R.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:17-CV-0387-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 20. Attorney Edward A. Wicklund represents Plaintiff; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    On remand, the administrative law judge (ALJ) shall offer Plaintiff the opportunity for a *de novo* hearing and issue a new decision. The ALJ shall:
(1) reevaluate the medical opinion of Stephen Rubin, Ph.D. (Tr. 47-54);
(2) evaluate the medical assessment from Nurse Practitioner Ross (Tr. 374-384),

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

consistent with 20 C.F.R. §§ 404.1527 and 416.927; (3) reassess Plaintiff's maximum residual functional capacity; and (4) obtain supplemental evidence from a vocational expert, if necessary.  The ALJ may take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument.

      2.     **Judgment shall be entered for PLAINTIFF**.

      3.     Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

      4.     An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 9, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2